Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IVAN RODRIGUEZ-MENDOZA,<br><br>　　　　　　　　Defendant. | NO. CR09-5868-RBL<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO SUPPLEMENT SENTENCING MEMORANDUM |

The United States of America has filed a Motion for Leave to Supplement its Sentencing Memorandum. The government seeks to respond to an argument made by the defendant in his Sentencing Memorandum and to alert the Court to legal precedent that may assist in the resolution of issues raised by the defendant.

The Court finds that good cause exists to allow the government to supplement its Sentencing Memorandum.

The government's Motion for Leave to Supplement its Sentencing Memorandum is hereby GRANTED.

DATED this 3rd day of September, 2010.

*[signature: Ronald B. Leighton]*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE
TO SUPPLEMENT SENTENCING MEMORANDUM/RODRIGUEZ-MENDOZA- 1
No. CR09-5868-RBL

UNITED STATES ATTORNEY
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
(253) 428-3800